UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60982-CIV-DIMITROULEAS/SNOW

STEPHEN A. KARAKIS,

    Plaintiff,

vs.

MRG (2008-D) HALLENDALE, LLC, a
Florida limited liability company, d/b/a
MATTEO'S RESTAURANT,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, STEPHEN A. KARAKIS (hereinafter the "Plaintiff"), and Defendant, MRG (2008-D) HALLENDALE, LLC, d/b/a MATTEO'S RESTAURANT (hereinafter the "Defendant"), by and through their undersigned attorney, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement between the parties. All parties shall bear their own attorneys fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and agree not to file any additional motions in this matter.

Dated this 24th day of August, 2009.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

Respectfully submitted,

By: s/ B. Bradley Weitz___                     By: s/Stuart M. Steinberg___
    B. Bradley Weitz, Esq.                          Stuart M. Steinberg, Esq.
    Florida Bar No. 479365                          STEINBERG, FINEO,
    THE WEITZ LAW FIRM, P.A.                        BERGER & FISCHOFF, P.C
    Attorney for Plaintiff                          Attorney for Defendant
    Bank of America Building                        401 Broadhollow Road
    18305 Biscayne Blvd., Suite 214                 Melville, New York 11747
    Aventura, Florida 33160                         Telephone:  (631) 715-4164
    Telephone:  (305) 949-7777                      Facsimile:   (631) 715-4186
    Facsimile:   (305) 704-3877                     E-mail: ssteinberg@sfbblaw.com
    E-mail: bbw@weitzfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60982-CIV-DIMITROULEAS/SNOW

STEPHEN A. KARAKIS,

    Plaintiff,

vs.

MRG (2008-D) HALLENDALE, LLC, a
Florida limited liability company, d/b/a
MATTEO'S RESTAURANT,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877

**SERVICE LIST**
Stephen A. Karakis vs. MRG (2008-D) Hallendale, LLC, a Florida
limited liability company, d/b/a Matteo's Restaurant,
CASE NO.: 09-60982-CIV-DIMITROULEAS/SNOW
United States District Court, Southern District Of Florida

Stuart M. Steinberg, Esq.
STEINBERG, FINEO,
BERGER & FISCHOFF, P.C
401 Broadhollow Road
Melville, New York 11747
Telephone:  (631) 715-4164
Facsimile:   (631) 715-4186
E-mail: ssteinberg@sfbblaw.com
*Attorneys for Defendants*
*MRG (2008-D) Hallendale, LLC,*
*d/b/a Matteo's Restaurant*
**Electronic Service**